UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SELIM BETOUCHE,        )<br>            Petitioner,    )<br>                                )<br>v.                                )<br>                                )<br>JOSEPH MCDONOUGH,    )<br>            Respondent.   ) | CIVIL ACTION NO:<br>Docket # 04-11175-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Respondent.

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

## Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Saher Macrarius, 21 Walsh Street, Framingham, MA 01701, by mail and fax, this 4th day of June 2004.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant U.S. Attorney