UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SELIM BETOUCHE, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| JOSEPH MCDONOUGH, | ) | Docket # 04-11175-GAO |
|     Respondent. | ) | |

## **VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate to the dismissal of the instant action. As grounds therefore, the Petitioner in this action was removed on June 9, 2004.

Respectfully submitted,
SELIM BETOUCHE

/s/ Saher J. Macarius, by MJG
SAHER J. MACARIUS
Law Offices of Saher J. Macarius
21 Walsh Street
Framingham, MA 01701
(508) 879-4443

Respectfully submitted,
MICHAEL J. SULLIVAN

United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136